JEREMY W. FAITH (State Bar No. 190647)
16030 Ventura Blvd., Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (888) 463-8799

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re | Case No.: 9:16-10417 |
| MIRIAM YANETH TORRES | Chapter 7 |
| Debtor(s) | NOTIFICATION OF ASSET CASE AND REQUEST FOR SETTING OF CLAIMS BAR DATE |

TO:    KATHLEEN CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Jeremy W. Faith, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, held the 341(a) meeting and continued the hearing.

    After reviewing the case docket and file and determining that no claims bar date has been fixed, Jeremy W. Faith hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

DATED:   May 02, 2016                  By:_____Jeremy W. Faith_____
                                                                 Jeremy W. Faith
                                                                 Chapter 7 Trustee