WRIGHT, FINLAY & ZAK, LLP
Nichole L. Glowin, Esq. SBN 262932
Michael R. Asatourian, Esq. SBN 285099
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
nglowin@wrightlegal.net; masatourian@wrightlegal.net

Attorneys for Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In Re:<br><br>MIRIAM YANETH TORRES,<br><br>    Debtor. | BK Case No.: 9:16-bk-10417-PC<br>Chapter: 13<br><br>**WITHDRAWAL OF PROOF OF CLAIM**<br><br>**Proof of Claim**<br>**Claim No.: 1**<br>**Filed :   03/20/2017** |
|---|---|

Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1 ("Creditor" or "DEUTSCHE"), hereby withdraws its Proof of Claim filed in the above-captioned matter on March 20, 2017, as Claim No. 1, concerning the real property located at 186 Ginger

1 | Lane, Paso Robles, CA 93446 ("Proof of Claim"), as the Proof of Claim was inadvertently filed
2 | in error.

3 | Respectfully Submitted,

4 | WRIGHT, FINLAY & ZAK, LLP

5 | Dated: June 5, 2017         By:  */s/ Nichole L. Glowin*
                                    Nichole L. Glowin, Esq.
6                                   Attorney for Secured Creditor
7                                   DEUTSCHE BANK NATIONAL TRUST
                                    COMPANY, AS CERTIFICATE
8                                   TRUSTEE ON BEHALF OF BOSCO
                                    CREDIT II TRUST SERIES 2010-1
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
WITHDRAWAL OF PROOF OF CLAIM

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660.

On June 5, 2017, I served the foregoing documents described as **WITHDRAWAL OF PROOF OF CLAIM**, on the following individuals by depositing true copies thereof in the United States first class mail at Newport Beach, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[]   (BY FEDEX OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by FedEx with the delivery fees provided for.

[]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[]   (BY PERSONAL DELIVERY VIA NATIONWIDE LEGAL) I caused personal delivery by NATIONWIDE LEGAL of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[X]  (BY CM/ECF ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on June 5, 2017, at Newport Beach, California.

   /s/ Brandon Quon
BRANDON QUON

**SERVICE LIST**
In re Miriam Yaneth Torres
Bankruptcy Case No.: 9:16-bk-10417-PC

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

Daniel Fujimoto, Requested Courtesy Notice: wdk@wolffirm.com
Jeremey Faith, Chapter 13 Trustee: Trustee@MarguliesFaithlaw.com
Monserrat Morales, Counsel for Chapter 13 Trustee: mmorales@marguliesfaithlaw.com
Monica Robles, Counsel for Debtor: monica@monicarobles.com
United States Trustee: ustpregion16.nd.ecf@usdoj.gov

**PARTIES SERVED BY US MAIL:**

Miriam Yaneth Torres
328 Camino Lobo
Paso Robles, CA 93446-3504
DEBTOR

Monica M Robles
418 E. Canon Perdido
Santa Barbara, CA 93101
COUNSEL FOR DEBTOR

Jeremy W. Faith (TR)
c/o Monserrat Morales
Margulies Faith LLP
16030 Ventura Blvd., Suite 470
Encino, CA 91436
CHAPTER 7 TRUSTEE